| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF NEW YORK<br>_____ | HEARING DATE:   May 5, 2009<br>HEARING TIME:   10:00 A.M.<br>HEARING PLACE:  Syracuse |

**IN RE:   CHRISTOPHER L. O'REILLY,**
            **TAMI O'REILLY,**

                                                    Debtors.

CHAPTER 13
Case No.  **07-30006**

_____

## AFFIRMATION

Lynn Harper Wilson hereby affirms as follows:

     1)   I am a Staff Attorney for the Standing Chapter 13 Trustee appointed in the above-captioned case.

     2)   I make this affirmation in response to the attorney fees requested in the motion by Wells Fargo Bank, NA **(ECF #28)**, scheduled to be heard May 5, 2009, at 10:00 a.m. in Syracuse, New York.

     3)   The Trustee objects to creditor's attorney's request for $650.00 in fees plus reimbursement of the $150.00 filing fee for filing the motion set forth in paragraphs 7 and 8 of the motion.

     4)   The Trustee believes attorney fees of $650.00 are somewhat excessive, particularly as Steven J. Baum, P.C., usually obtains local counsel to appear in the Syracuse Bankruptcy Court on their behalf.

     5)   Prior fee requests for motions for relief from the automatic stay have been only $450.00, which is the amount requested in the last paragraph of this motion.

     6)   The Trustee requests that creditor's attorney provide the Court with a detailed statement of the services rendered and time expended in connection with the motion as required by Rule 2016(a).

     WHEREFORE, the Trustee respectfully requests that the motion be denied, or such other relief as the Court deems appropriate.

DATED:  April 28, 2009

                                                        _/s/ Lynn Harper Wilson_
                                                      Lynn Harper Wilson, Staff Attorney
                                                      Office of the Chapter 13 Trustee
                                                      Bar Roll No. 509576
                                                      250 S. Clinton St., Suite 203
                                                      Syracuse, NY  13202
                                                      (315) 471-1499