
**First American CoreLogic**

**Providing effective tools to manage mortgage risk**

The First American CoreLogic suite of automated mortgage risk management tools provide the most complete assessment of mortgage risk by examining a comprehensive view of property, borrower and agent characteristics. One click delivers a user-defined priority sequence of collateral risk management and fraud prevention reports that best fit your business needs. To learn more or for additional report assistance please contact a customer care representative at **800-345-7334 Opt. 2.**

◼**Report Options**
◼**Order New Report**

**USER ENTRY INFORMATION**

| | |
|---|---|
| Order #, Tracking ID1, ID2, ID3, ID4 | L6000001239AB7AA711FE4, |
| Street Address | 226 BELEY AVE, MATTYDALE, NY, 13211 |

*Introducing.....*
*C&S Appraisal Services*

# ValuePoint4 Report

| | |
|---|---|
| Property Address: | **226 BELEY AVE, SYRACUSE, NY 13211-1528** |
| Owner Name: | **OREILLY CHRISTOPHER L / OREILLY TAMI L** |

## Valuation Result

| | |
|---|---|
| Estimated Value: | **$76,000** |
| Estimated Value Range: | **$64,000 - $87,000** |
| Value As Of: | **09/08/2009** |
| Processed Date: | **09/08/2009** |
| Score: | **72** |
| Forecast Standard Deviation: | **16** |
| Comment: | **VP4 Valuation Successful** |

| *Last Market Sale Information:* | | *Prior Sale Information:* | |
|---|---|---|---|
| Sale Price: | **$58,500** | Prior Sale Price: | |
| Sale Date: | **01/27/1994** | Prior Sale Date: | |
| Sale Type: | | Prior Sale Type: | |
| Seller Name: | **SURACE MELANIE** | Prior Seller Name: | |
| 1st Mtg Amount: | | Prior 1st Mtg Amount: | |
| 1st Mtg Type: | | Prior 1st Mtg Type: | |
| 2nd Mtg Amount: | | | |

*Location Information:*

| | | | |
|---|---|---|---|
| County: | **ONONDAGA** | APN: | **314889-061-000-0010-013-000-0000** |
| Census Tract: | **0139.00** | Township Name: | |
| Absentee Owner: | **N** | | |

*Property Information:*

| | | | |
|---|---|---|---|
| Living Area: | **1,120** | Land Use: | **SFR** |

| | | | |
|---|---|---|---|
| Total Rooms: | | Lot Area: | 9,537 |
| Bedrooms: | 3 | Year Built / Eff: | 1930 / |
| Bath(F/H): | 1 / | Air Conditioning: | N |
| Pool: | N | Fireplace: | N |
| Number of Stories: | 2 | Parking: | |

*Tax Information:*

| | | | |
|---|---|---|---|
| Assessed Value: | $74,000 | Assessed Year: | 2008 |
| Land Value: | $12,000 | Improvement Value: | $62,000 |

*Area Market Sales*

| | | | |
|---|---|---|---|
| Comp#: | 1 | Distance From Subject: | 0.48 (miles) |
| Address: | 125 MARIAN DR, MATTYDALE, NY 13211-1825 | | |
| Owner Name: | MAYO STEPHEN & HEIDI | Living Area: | 884 |
| Seller Name: | SCHENIDER MARGUERITE E & JOHN E JR | Total Rooms: | |
| APN: | 314889-064-000-0005-018-000-0000 | Land Use: SFR | Bedrooms: 3 |
| County: | ONONDAGA | Parking: 2 | Bath(F/H): 1 / 0 |
| Sale Price: | $74,900 | Prior Sale Price: | Year Built: 1950 |
| Recording Date: | 05/12/2009 | Prior Rec. Date: | Air Cond: |
| 1st Mortgage Amount: | $0 | Lot Area: 6,300 | Fireplace: N |
| Total Assessed Value: | $73,000 | # of Stories: 1 | Pool: N |

| | | | |
|---|---|---|---|
| Comp#: | 2 | Distance From Subject: | 0.34 (miles) |
| Address: | 609 WRIGHT AVE, SYRACUSE, NY 13211-1248 | | |
| Owner Name: | SWASEY JON | Living Area: | 1,152 |
| Seller Name: | CASLER KIM L | Total Rooms: | |
| APN: | 314889-059-000-0002-034-000-0000 | Land Use: SFR | Bedrooms: 2 |
| County: | ONONDAGA | Parking: | Bath(F/H): 1 / 0 |
| Sale Price: | $81,600 | Prior Sale Price: $60,000 | Year Built: 1942 |
| Recording Date: | 04/10/2009 | Prior Rec. Date: 08/09/2004 | Air Cond: Y |
| 1st Mortgage Amount: | $0 | Lot Area: 8,580 | Fireplace: N |
| Total Assessed Value: | $76,500 | # of Stories: 1 | Pool: N |

| | | | |
|---|---|---|---|
| Comp#: | 3 | Distance From Subject: | 0.27 (miles) |
| Address: | 125 TOAS AVE, SYRACUSE, NY 13211-1750 | | |
| Owner Name: | BETHEA EDWARD | Living Area: | 1,080 |
| Seller Name: | GRETHEL LEONARD | Total Rooms: | |
| APN: | 314889-063-000-0003-014-000-0000 | Land Use: SFR | Bedrooms: 4 |
| County: | ONONDAGA | Parking: 2 | Bath(F/H): 1 / 0 |
| Sale Price: | $80,500 | Prior Sale Price: | Year Built: 1952 |
| Recording Date: | 03/26/2009 | Prior Rec. Date: | Air Cond: |
| 1st Mortgage Amount: | $0 | Lot Area: 6,600 | Fireplace: N |
| Total Assessed Value: | $73,000 | # of Stories: 2 | Pool: N |

| | | | |
|---|---|---|---|
| Comp#: | 4 | Distance From Subject: | 0.19 (miles) |

| | | | | | |
|---|---|---|---|---|---|
| Address: | 110 MITCHELL AVE, MATTYDALE, NY 13211-1738 | | | | |
| Owner Name: | BAUDENISTEL MICHAEL | | | Living Area: | 962 |
| Seller Name: | POTTER DAVID | | | Total Rooms: | |
| APN: | 314889-063-000-0004-007-001-0000 | Land Use: | SFR | Bedrooms: | 2 |
| County: | ONONDAGA | Parking: | 2 | Bath(F/H): | 1 / 0 |
| Sale Price: | $77,000 | Prior Sale Price: | $63,800 | Year Built: | 1955 |
| Recording Date: | 03/13/2009 | Prior Rec. Date: | 11/04/2004 | Air Cond: | |
| 1st Mortgage Amount: | $0 | Lot Area: | 4,000 | Fireplace: | N |
| Total Assessed Value: | $75,000 | # of Stories: | 2 | Pool: | N |

| | | | | | |
|---|---|---|---|---|---|
| Comp#: | 5 | | | Distance From Subject: | 0.18 (miles) |
| Address: | 109 WRIGHT AVE, MATTYDALE, NY 13211-1635 | | | | |
| Owner Name: | PERIOLI ANTHONY | | | Living Area: | 1,094 |
| Seller Name: | LIMBERG STEVEN | | | Total Rooms: | |
| APN: | 314889-061-000-0014-015-000-0000 | Land Use: | SFR | Bedrooms: | 2 |
| County: | ONONDAGA | Parking: | 1 | Bath(F/H): | 1 / 0 |
| Sale Price: | $84,900 | Prior Sale Price: | | Year Built: | 1952 |
| Recording Date: | 10/31/2008 | Prior Rec. Date: | | Air Cond: | |
| 1st Mortgage Amount: | $0 | Lot Area: | 7,956 | Fireplace: | N |
| Total Assessed Value: | $81,000 | # of Stories: | 2 | Pool: | N |

--- Report Separator ---

## First American CoreLogic ZipSelect Data Report

***Market Profile Rural Indicator***

First American CoreLogic's Zip Profile tool is used to describe **rural determinations**, population density, l patterns, price trends and economic inumberormation for a particular Zip Code. This inumberormation is t a basis for understanding the surrounding market. The final determination and definition of "Rural" or any condition is at the sole discretion of each user. This inumberormation is derived from statistically extrapola inumberormation for the 4th quarter of the year 2002, HMDA inumberormation for the year 2000, and Dep Labor statistics for the year 2000. "Rural" as defined by this tool is a statistically established determination American CoreLogic. This is an exclusive First American CoreLogic product.

| | |
|---|---|
| **Zip Code:** | **13211** |
| Current Date: | 09/08/2009 |
| State: | NY |
| County: | ONONDAGA |
| **Rural Indicator 2000:** | **Urban** |

*Date Created, Input Code, and Condition Found*

| | |
|---|---|
| Population: | 6,815 |
| Population Per Mile$^2$: | 1,136 |
| Zip Square Miles: | 6 |

| | |
|---|---|
| Dimensions in Miles: | 2.4 x 2.4 |
| Approximate Map Area: | 100 Mile$^2$ |
| Latitude: | 43106733 |
| Longitude: | -76146053 |



Map Shading 1990 Family Income: **Light-Low // Dark-I**

| | | | |
|---|---|---|---|
| Average Home Value Q4 2002: | $75,883 | Owner Occupied: | 69 |
| Median Home Value Q4 2002: | $75,225 | Rental Occupied Units: | 25 |
| Home Price Change Q1 2002 - Q2 2002: | 2.5% | Vacant Units: | 5.2 |
| Average Household Income 1999: | $38,963 | | |
| Total Housing Units: | 2,933 | | |
| Housing Units Per Mile$^2$: | 489 | | |
| Total Mobil Home Units 1990: | 0 | | |

## Urban MSA/County Price Indexes For: ONONDAGA, NY



| IDX | 105.4 | 106.4 | 106 | 107.8 | 109.1 | 111.2 | 112 | 114.2 | 115.6 | 116.5 | 118.2 | 120.3 | 122 | 124.6 | 125.5 | 126.9 | 127.7 | 131.6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | 1999 | 1999 | 2000 | 2000 | 2000 | 2000 | 2001 | 2001 | 2001 | 2001 | 2002 | 2002 | 2002 | 2002 | 2003 | 2003 | 2003 | 2003 |
| QTR | 3 | 4 | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 |

* Fannie Mae/Freddie Mac MSA Level Index

## County Profile For: ONONDAGA, NY

| | | | |
|---|---|---|---|
| Population 2000: | 458,336 | Percent Unemployment 2000: | 3.5% |

| | | | |
|---|---|---|---|
| *Population Growth 1999 - 2000:* | | *Population in Labor Force 2000:* | 50.2% |
| *Population Growth 1990 - 2000:* | | *Owner Occupied:* | 59.4% |
| *Land Area:* | 780.29 mile² | *Rental Occupied Units:* | 32.7% |
| *Population Per Mile² 2000:* | 587 | *Vacant Units:* | 7.9% |

### Disclaimer of Use

The predicted Values are based upon automated valuation algorithms, based on data primarily from public record sources and computer decision logic combined to provide a logical calculated estimate of the value of a residential property. The Values are provided to the User "as is" and "as available", and all uses of the Values are at the User's sole risk. All warranties concerning the Values and the underlying data and processes, both express and implied, are hereby expressly excluded, including, without limitation, any warranties of merchantability, accuracy and/or fitness for a particular purpose. In no event will First American CoreLogic or AVM Valuation company represented herein ("Vendors") be liable to the User or any third party for indirect, incidental, special or consequential damages of any type whatsoever arising out of or relating in any manner to these terms, the User's agreement with First American CoreLogic or the Values, whether under a contract, tort or other theory of liability, even if First American CoreLogic or its Vendors are aware of the possibility of such damages. The income information provided in the IncomePro product is based on proprietary statistical processes and was not obtained through any employment or verification/validation process. The format, content, and methods of all Files, Data and Values are Confidential.

**First American CoreLogic**
10360 Old Placerville Road, Suite 100
Sacramento, CA 95827
Contact Phone: * F: (916) 455-3851
clientrequest@corelogic.com
**www.corelogic.com**

Legal / Privacy