| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF NEW YORK<br>_____ | HEARING DATE:   October 6, 2009<br>HEARING TIME:   10:00 A.M.<br>HEARING PLACE:  Syracuse |
| **IN RE:   CHRISTOPHER L. O'REILLY,**<br>       **TAMI O'REILLY,**<br><br>                        Debtors.<br>_____ | <br>CHAPTER 13<br>Case No.  **07-30006** |

## AFFIRMATION

Lynn Harper Wilson hereby affirms as follows:

1) I am a Staff Attorney for the Standing Chapter 13 Trustee appointed in the above-captioned case.

2) I make this affirmation in response to the application for compensation connected to the motion for relief from stay filed by Steven J. Baum, P.C., on behalf of Wells Fargo Bank, NA, with respect to real property at 226 Beley Avenue, Mattydale, New York **(ECF #56)**, scheduled to be heard October 6, 2009, at 10:00 a.m. in Syracuse, New York.

3) Creditor's counsel requests $650.00 in fees and $150.00 in costs.

4) The Trustee believes attorney fees of $650.00 are excessive

5) In the event the Debtors reach an agreement with the creditor which includes a reduction in creditor's attorney fees to $350.00 or less with costs of $150.00, the Trustee's response may be deemed withdrawn.

6) The Trustee requests that the order provide for any surplus proceeds to be turned over to the Trustee as required by Local Bankruptcy Rule 9013-4(b)(23).

WHEREFORE, the Trustee respectfully requests that the application for compensation be reduced, or such other relief as the Court deems appropriate.

DATED:  September 28, 2009              */s/ Lynn Harper Wilson*
                                                              Lynn Harper Wilson, Staff Attorney
                                                              Office of the Chapter 13 Trustee
                                                              Bar Roll No. 509576
                                                              250 S. Clinton St., Suite 203
                                                              Syracuse, NY  13202
                                                              (315) 471-1499